UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0949 AG (ANx) | Date | August 21, 2009 |
|---|---|---|---|
| Title | C.E. v. IRVINE UNIFIED SCHOOL DISTRICT, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lori Anderson for Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

Plaintiff C.E. ("Plaintiff"), through his Guardian at Litem, Laura Eadie, has filed an *ex parte* application for a temporary restraining order ("Application"). Because Plaintiff has not shown that *ex parte* relief is warranted here, the Application is DENIED. The Court sets a hearing on the Order to Show Cause re: Preliminary Injunction for Monday, August 31, 2009, at 10:00 a.m.

# BACKGROUND

The Court finds that Plaintiff is a fifteen-year-old high school student who suffers from Type 1 Diabetes. At all times relevant to this lawsuit, Plaintiff has been receiving educational services from Defendant Irvine Unified School District (the "District"), and has spent the last two school years at Northwood High School ("Northwood"). Defendants Eamon Kane and Irene Brady are administrators employed by the District. (Compl. ¶¶ 10, 11.)

This case centers on a dispute over Plaintiff's eligibility for special education services and his placement within the District. Though Plaintiff's parents contend that Plaintiff is entitled to receive special educational services because of his diabetes, Plaintiff asserts that the District has refused to provide such services. Plaintiff further asserts that over his parents' objections, the District has enrolled Plaintiff in Creekside Alternative School ("Creekside") for the 2009-2010 school year. Plaintiff asserts that the District has notified his family that,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0949 AG (ANx) | Date | August 21, 2009 |
|---|---|---|---|
| Title | C.E. v. IRVINE UNIFIED SCHOOL DISTRICT, et al. | | |

upon the start of the school year, Plaintiff will be forced to attend Creekside and will not be allowed to return to Northwood.

Plaintiff's parents have filed a due process complaint under the Individuals with Disabilities Education Act ("IDEA") with the Office of Administrative Hearings ("OAH"). That complaint is currently pending, but the OAH has denied Plaintiff's parents' motion for a "stay-put" order enjoining the District from enrolling Plaintiff at Creekside before the due process complaint has been resolved.

Plaintiff has now filed this Application, seeking a temporary restraining order enjoining the District from forcing him to attend Creekside at the start of the school year.

## ANALYSIS

The Court concludes that *ex parte* relief should be granted only if the evidence shows "that the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures." *Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). This is especially true when the *ex parte* matter is a request for a temporary retraining order.

Here, a review of the District's website reveals that the 2009-2010 school year will not start until September 10, 2009. Plaintiff has not shown sufficient exigency to warrant *ex parte* relief and a potential denial of Defendants' due process rights to respond. The Application is DENIED.

The Court sets a hearing on the Order to Show Cause re: Preliminary Injunction on Monday, August 31, 2009, at 10:00 a.m., so that these issues may be resolved before the start of the school year. Defendants may file any opposition briefs by 5:00 p.m. on Wednesday, August 26, 2009. Plaintiff may file a reply brief by Friday, August 28, 2009, at noon.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lma | |